# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| ROBERT ODELL DAVIS, | |
| *Plaintiff,* | Civil Action No. 1:16-cv-00097-BR-SPB |
| v. | **ORDER** |
| SCI FOREST MEDICAL STAFF AND GUARDS, *et al.*, | |
| *Defendants.* | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute; and

(3) The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

Dated: December 2, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE